**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

CARLA DEMPSEY,

    Plaintiff,

v.                             Case No. 5:17-cv-272-Oc-34PRL

REGIONS BANK,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on March 5, 2018. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

    **ORDERED:**

    1.     This case is **DISMISSED with prejudice**.

    2.     Each party shall bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

    3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 6th day of March, 2018.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record